# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:20-CR-00106 |
| v. | (Judge Brann) |
| THOMAS STANKO, | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's motion to suppress physical evidence (Doc. 20) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge